RIKER and wife *v.* DARKE and others.

---

A tenancy by the curtesy initiate is a sufficient estate in lands upon which to base a partition suit.

---

*Jan.* 21,
1846.

*Partition.
Tenant by
the curtesy
initiate.*

DEMURRER to a bill for partition, on the ground that the parties filing it had not such an interest in the estate proposed to be partitioned as authorized the bill.   This interest was a dower right and also the grant of a tenancy by the curtesy initiate.

Mr. *L. Livingston,* in support of the demurrer, referred to *Wood* v. *Clute,* 1 Sandford's V. C. Rep. 199; Alnat on Partition, 94.

Mr. *Sears,* contra, cited *Sears* v. *Heyer,* 1 Paige's C. R. 484.

THE VICE-CHANCELLOR :—It is conceded that the complainants, in virtue of the wife's dower in the lands, cannot, on that ground, file a bill to partition the estate as between her and the heirs. But this bill does not proceed on that footing. It shows that the complainant is grantee of the legal estate of the defendant George Darke, as tenant by the curtesy initiate; and that is an estate or interest in land whereon a bill for partition may be filed.

The demurrer must be overruled, with costs.